UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| United States of America, | ) | Cr. No.: 6:09-cr-00566-GRA |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | |
| Stanley Vincent Aiken, | ) | ORDER |
| | ) | (Written Opinion) |
| Defendant. | ) | |

This matter comes before the Court on Defendant's attorney's oral motion for an extension of time to file objections to the Presentence Report.

After considering the motion and with the consent of the Government, this Court GRANTS Defendant's attorney's motion for an extension of time to file objections to the Presentence Report until May 21, 2010.

IT IS THEREFORE SO ORDERED THAT Defendant's attorney's motion is GRANTED.

**IT IS SO ORDERED.**

_____
G. Ross Anderson, Jr.
Senior United States District Judge

May __18__, 2010
Anderson, South Carolina